# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 241 MAL 2018
RESPONDET    :
   :
   :
   :    Petition for Allowance of Appeal from
v.    :    the Order of the Superior Court
   :
   :
NICHOLAS ANTHONY ROBERTS,    :
   :
Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.